The Honorable Claire C. McCaskill Missouri State Auditor State Capitol Building Jefferson City, MO 65101
Dear Auditor McCaskill:
You have submitted to us a fiscal note and fiscal note summary prepared pursuant to Section 116.175, RSMo, concerning a proposed constitutional amendment to impose a sales tax to support technology parks. The fiscal note summary that you submitted is as follows:
 The costs of this proposal will be funded through an additional one tenth of one percent sales tax for one year. This will generate approximately $75,000,000 in sales tax revenues.
Pursuant to Section 116.175, we approve the legal content and form of the fiscal note summary. Since our review of the fiscal note summary is mandated by statute, no action we take with respect to such review should be construed as an endorsement of the petition or as the expression of any view regarding the objectives of its proponents.
Sincerely,
 JEREMIAH W. (JAY) NIXON Attorney General